## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

Kelly Daniels, Esq.
ARSENEAULT, WHIPPLE,
FASSETT & AZZARELLO, LLP
560 Main Street
Chatham, New Jersey 07928
Telephone: 973-635-3366
Facsimile: 973-635-0855
Attorneys for Defendant William Inzar

| | |
|---|---|
| UNITED STATES OF AMERICA, : | Hon. Stanley R. Chesler, USDJ |
| v. : | Crim. No. 10-564 |
| WILLIAM INZAR, : | **CONSENT ORDER FOR MODIFICATION OF CONDITIONS OF RELEASE** |
| Defendant. : | **Document Electronically Filed** |

    **THIS MATTER** having come before the Court upon the application of the Defendant, William Inzar, by his attorney Kelly Daniels, Esq., for an Order modifying Defendant's conditions of release, and the United States (Rodney Villazor, Esq., Assistant United States Attorney) having consented to the application, and the Office of Pretrial Services having consented to the application, and the Court having considered the reasons for the Defendant's request, and good cause having been shown,

**IT IS HEREBY ORDERED** that Defendant William Inzar's conditions of release shall be modified to permit Defendant William Inzar to be out of his residence between the hours of 7:00 a.m. and 10:00 p.m. daily; and

**IT IS FURTHER ORDERED** that all remaining conditions of Pretrial Supervision previously imposed shall remain in full force and effect until further order of the Court.

_____
HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

**CONSENTED TO:**

PAUL J. FISHMAN
UNITED STATES ATTORNEY

By:  s/Rodney Villazor
     Rodney Villazor, Esq., A.U.S.A.
     Assistant United States Attorney


ARSENEAULT, WHIPPLE,
FASSETT & AZZARELLO, LLP
Attorneys for Defendant

By:  s/Kelly Daniels
     Kelly Daniels, Esq.